JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.D.L.,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>ANDREW M. SAUL, Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No. 2:19-cv-03006-SHK<br><br>JUDGMENT |

It is the judgment of this Court that the Commissioner of Social Security's decision is AFFIRMED and this case is DISMISSED.

DATED: 01/27/2020

_____
HONORABLE SHASHI H. KEWALRAMANI
United States Magistrate Judge